```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANN BURTON,

                    Plaintiff,

   -against-

NIXON PEABODY LLP; ALESIA J. KANTOR,

                    Defendants.

------------------------------------------------------------X

CIVIL JUDGMENT

11 Civ. 7990 (LAP)

Pursuant to the Order issued _____DEC 0 7 2011_____ by the Honorable Loretta A. Preska, Chief United States District Judge, dismissing the Complaint, it is,

ORDERED, ADJUDGED AND DECREED: That the Complaint is dismissed, without prejudice, for lack of jurisdiction. Fed. R. Civ. P. 12(h)(3). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Order would not be taken in good faith.

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated: DEC 0 7 2011
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

JUDGMENT AND APPEAL INSTRUCTIONS MAILED BY PRO SE OFFICE ON 12/7/11